JS-6

PAMELA E. COGAN (SBN 105089)
ALEXIS F. KENT (SBN 267800)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@rmkb.com,
akent@rmkb.com

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON

FRANK N. DARRAS (SBN 128904)
LISSA A. MARTINEZ (SBN 206994)
SUSAN B. GRABARSKY (SBN 203004)
PHILLIP S. BATHER (SBN 273236)
DARRASLAW
3257 East Guasti Road, Suite 300
Ontario, CA 91761-1227
Telephone: (909) 390-3770
Facsimile: (909) 974-2121
Email: LMartinez@DarrasLaw.com

Attorneys for Plaintiff
EDEN MCCANN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN MCCANN,<br><br>    Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; and HOME DEPOT U.S.A., INC. EMPLOYEE WELFARE BENEFIT PLAN<br><br>    Defendants. | CASE NO. CV 12-1489 MWF (AJWx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

**ORDER**

Based on the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the present action be dismissed in its entirety with prejudice. Each party is to bear its own fees and costs.

**IT IS SO ORDERED**.

Dated: February 26, 2013 _____

Hon. Michael W. Fitzgerald